**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JORDAN FULLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5741** |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | : | |

# ORDER

**AND NOW**, this 20th day of August 2026, upon the filing of an answer (DI 5), it is **ORDERED**:

1. We will hold an **INITIAL PRETRIAL VIDEOCONFERENCE** via Microsoft Teams on **September 22, 2026** at **11:30a.m.** We will send a videoconference link by e-mail to all counsel of record.

2. If they have not already, all counsel must review Judge Murphy's policies and procedures, available on his page on the Court's website.

3. The parties shall engage in early, ongoing, and meaningful discovery planning proportional to the needs of your case to allow plaintiff to timely file a Rule 26 report.

4. The parties must hold an initial Rule 26(f) conference no later than **September 1, 2026**.

5. If they have not already, the parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) on or before **September 8, 2026**.

6. If the parties have not begun discovery, then the discovery period begins on **September 8, 2026** and the parties shall exchange written discovery requests promptly thereafter.

7. If they have not already, all parties must comply with Rule 7.1 within 2 days of

this order. Parties must supplement as needed. *See* Fed. R. Civ. P. 7.1(b).

8. After consulting with all parties, Plaintiff's counsel shall complete and file the required Rule 26(f) report incorporating, at a minimum, the contents of Judge Murphy's draft report located on the court's website, before **September 15, 2026**.

9. Lead trial counsel is required to appear at the conference; and,

10. Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement, including authority from the clients to settle.

**MURPHY, J.**